**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                        )
HTC CORPORATION,                        )
                                        )
       Plaintiff,                       )
                                        )
   v.                                   )   C.A. No. 11-785-GMS
                                        )
APPLE INC.,                             )   **REDACTED -
                                        )   PUBLIC VERSION**
       Defendant.                       )
_____)


**DECLARATION OF LAURA P. MASUROVSKY IN SUPPORT OF PLAINTIFF HTC CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO DISMISS UNDER RULE 12(B)(1) FOR LACK OF STANDING**

                **YOUNG CONAWAY STARGATT & TAYLOR LLP**
                Karen L. Pascale (#2903) [kpascale@ycst.com]
                James L. Higgins (#5021) [jhiggins@ycst.com]
                Rodney Square
                1000 North King Street
                Wilmington, DE 19899-0391
                Telephone:  302-571-6600

                OF COUNSEL:

                Thomas W. Winland
                Steven M. Anzalone
                Don O. Burley
                John R. Alison
                **FINNEGAN, HENDERSON, FARABOW,
                  GARRETT & DUNNER LLP**
                901 New York Avenue, N.W.
                Washington, D.C. 20001
                Telephone: (202) 408-4000

                *Attorneys for Plaintiff, HTC Corporation*


                September 10, 2012

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| HTC CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Defendant. ) | C.A. No. 11-785-GMS <br><br> **REDACTED -** <br> **PUBLIC VERSION** |

**DECLARATION OF LAURA P. MASUROVSKY IN SUPPORT OF PLAINTIFF HTC CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO DISMISS UNDER RULE 12(B)(1) FOR LACK OF STANDING**

I, Laura P. Masurovsky, declare as follows:

1. I am a partner at the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, and I represent HTC Corporation in the above-captioned litigation. I respectfully submit this declaration in support of HTC Corporation's Opposition To Defendant Apple Inc.'s Motion to Dismiss Under Rule 12(b)(1) For Lack Of Standing.

2. Attached hereto as Exhibit 1 is a true and correct copy of the assignment of the patents-at-issue in the above-captioned litigation from Google Inc. to HTC Corporation, titled "Assignment of Patent Rights" and executed on August 29, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of the patent purchase agreement between Google Inc. and HTC Corporation regarding the patents-in-suit in the above-captioned litigation, titled "Patent Purchase Agreement."

4. Attached hereto as Exhibit 3 is a true and correct copy of the recorded assignments at the USPTO from Google Inc. to HTC Corporation of U.S. Patent Nos. 5,418,524; 5,630,152; 5,630,159; and 5,302,947, dated September 1, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this September 10, 2012 in Washington, D.C.

*Laura P. Masurovsky*
_____
Laura P. Masurovsky

iii

**CERTIFICATE OF SERVICE**

  I, Karen L. Pascale, Esquire, hereby certify that on September 18, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*By E-Mail*
Richard K. Herrmann [rherrmann@morrisjames.com]
Mary B. Matterer [mmatterer@morrisjames.com]
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Mark D. Fowler [mark.fowler@dlapiper.com]
Christine K. Corbett [christine.corbett@dlapiper.com]
Aaron Wainscoat [aaron.wainscoat@dlapiper.com]
Robert Buergi [robert.buergi@dlapiper.com]
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214

Kathryn Riley Grasso [kathryn.riley@dlapiper.com]
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297

*Attorneys for Defendant, Apple Inc.*

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Karen L. Pascale*
        _____
        Karen L. Pascale (#2903) [kpascale@ycst.com]
        James L. Higgins (#5021) [jhiggins@ycst.com]
        Rodney Square
        1000 North King Street
        Wilmington, DE 19899-0391
        Telephone: 302-571-6600

        *Attorneys for Plaintiff, HTC Corporation*