# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HTC Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-785-GMS |
| | ) | |
| Apple Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **19th** day of **September, 2012**.

IT IS HEREBY ORDERED that a status teleconference has been scheduled for **Monday, December 17, 2012 at 11:30 a.m.** with Magistrate Judge Fallon to discuss the status of the case and to address any matters relating to mediation prior to the mediation conference. **Counsel for plaintiffs shall initiate the call to 302-573-4557**.

　　　　　　　　　　　　　　　　　　　／s/ Sherry R. Fallon　　　　　　　　
　　　　　　　　　　　　　　　　　　　Sherry R. Fallon
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE