# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HTC CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No.: 11-785 GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **Apple Inc.'s Invalidity Contentions,** were served upon the attorneys listed below as indicated on October 1, 2012:

| | |
|---|---|
| VIA EMAIL <br> Karen Pascale <br> James Higgins <br> YOUNG, CONAWAY, STARGATT & TAYLOR <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> kpascale@ycst.com <br> jhihhins@ycst.com <br><br> *Attorneys for Plaintiff HTC Corporation* | VIA EMAIL <br> Anand Sharma <br> Cecilia Sanabria <br> Christopher Blackford <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER <br> 901 New York Avenue, N.W. <br> Washington, D.C. 20001 <br> Anand.sharma@finnegan.com <br> Cecilia.sanabria@finnegan.com <br> Christopher.blackford@finnegan.com <br><br> *Attorneys for Plaintiff HTC Corporation* |

Dated: October 2, 2012

                By:    */s/ Mary B. Matterer*
                         Richard K. Herrmann (#405)
                         Mary B. Matterer (#2696)
                         MORRIS JAMES LLP
                         500 Delaware Avenue, Suite 1500
                         Wilmington, Delaware 19801-1494
                         (302) 888-6800
                         mmatterer@morrisjames.com

                         *Attorneys for Defendant Apple Inc.*