## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HTC CORPORATION, | | |
| Plaintiff, | | |
| v. | | C.A. No. 11-785-GMS |
| APPLE INC., | | |
| Defendant. | | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to paragraph 4 of the Court's Scheduling Order entered May 3, 2012 (D.I. 24), and in preparation for the claim construction hearing scheduled for February 19, 2013, the parties respectfully submit this joint claim construction chart for United States Patent Nos. 5,418,524; 5,630,152; 5,630,159; and 5,302,947.

DATED:   October 31, 2012

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

_____
Karen L. Pascale (#2903)
James L. Higgins (#5021)
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
(302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Plaintiff, HTC Corporation*

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant, Apple Inc.*

OF COUNSEL:

Thomas W. Winland
Steven M. Anzalone
Don O. Burley
John R. Alison
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

*Attorneys for Plaintiff, HTC Corporation*

OF COUNSEL:

Mark D. Fowler
Christine K. Corbett
Aaron Wainscoat
Robert Buergi
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214

Kathryn Riley Grasso
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101-4297

*Attorneys for Defendant, Apple Inc.*

**JOINT CLAIM CHART**

## I.   Patent No. 5,630,152 ("the '152 patent")

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC | 1, 4 | a master device and a slave device included in an electronic device | a master device and a slave device both within a single electronic device | Claims 1, 4, and 13 Figs. 1 and 4 1:16-41 2:27-29 3:46-4:3 Prosecution History, Amendment and Remarks (Apr. 11, 1994) Prosecution History, IDS (May 18, 1992), Motorola Publication ADI 991R2, 8-Bit Microcomputers (1985) | A master device and a slave device in electronic form | 1:16-21, 1:55 – 2:2, 2:26-28, 5:36 – 8:47, Figs. 1, 4, Office Action of December 21, 1995 (reissued July 23, 1996), pp. 2-9, Amendment of April 11, 1994, pp. 6-13. |
| HTC and Apple | 10, 17 | selective call receiver | device that receives radio frequency (RF) signals | Claims 10, 17 Fig. 4 2:14-16 3:46-4:17 Prosecution History, Amendment and Remarks (Apr. 11, 1994) | An antenna that receives a radio frequency (RF) modulated selective call signal, receiver circuitry for demodulation of the received signal, and processor to decode and correlate an address in the received signal | 2:14-16, 3:46-62, 3:36 – 4:6, 4:8-20, 5:36 – 8:47, Fig. 4. |
| Apple | 1-2, 4, 7-8, 10-17 | serial peripheral interface (SPI) | Plain & Ordinary Meaning A SPI, i.e., a serial interface including four lines: a slave select line, a master out slave in line (MOSI), a master in | Claims 1-2, 4, 7-8, and 10-17 Figs. 1-6 Abstract 1:9-13 1:55-2:2 2:31-47 2:57-3:15 3:20-45 | Serial interface providing a four line connection | Abstract, 2:26-46, 3:63 – 4:6, 5:36 – 8:47, Fig. 1, 4, Office Action of January 18, 1994, pp. 2-11 (referring to Original Specification at p. 6, lines 26-31), Amendment of April |

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | slave out line (MISO), and a serial clock line driven by the master device | 3:66-4:3<br>4:31-55<br>5:1-9<br>Prosecution History, Amendment and Remarks (Apr. 11, 1994)<br>Prosecution History, Amendment and Remarks (Aug. 22, 1994)<br>Prosecution History, Amendment and Remarks (Oct. 7, 1996)<br>Prosecution History, IDS (May 18, 1992), Motorola Publication ADI 991R2, 8-Bit Microcomputers (1985)<br>Prosecution History, Notice of Allowability (June 8, 1997) | | 11, 1994, pp. 6-13, Office Action of December 21, 1995 (reissued July 23, 1996), pp. 2-9, Amendment of October 7, 1996, pp. 14-22 (and accompanying proposed drawing change for Fig. 4). |
| Apple | 1-2, 4, 7-8, 10-14, 16-17 | communication initiation signal | Agreed position: A signal that begins a communication | Claims 1-2, 4, 7-8, 10-14, and 16-17<br>Figs. 1-3, 5-6<br>Abstract<br>1:47-54<br>1:64-2:2<br>2:31-40<br>2:67-3:8<br>3:14-15<br>3:26-45<br>4:31-55<br>5:1-9<br>Prosecution History, Amendment and Remarks | Agreed position: A signal that begins a communication | Abstract, 1:46 – 2:2, 2:26-46, 2:56 – 3:14, 4:7-14, 4:26-32, 5:36 – 8:47, Amendment of April 11, 1994, pp. 6-13. |

01:12730101.1

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | (Apr. 11, 1994) Prosecution History, Amendment and Remarks (Oct. 7, 1996) Prosecution History, Notice of Allowability (June 8, 1997) | | |
| Apple | 4, 10, 13, 17 | full duplex data transference | Plain & Ordinary Meaning  transfer of data in both directions during the same time | Claims 4, 10, 13, and 17 Abstract Figs. 1-6 1:9-13 1:47-2:2 2:29-43 2:57-3:41 4:36-49 4:59-64 5:1-27 Prosecution History, IDS (May 18, 1992), Motorola Publication ADI 991R2, 8-Bit Microcomputers (1985) Prosecution History, Amendment 1and Remarks (Apr. 11, 1994) Prosecution History, Amendment and Remarks (Aug. 22, 1994) Prosecution History, Amendment and Remarks (Oct. 7, 1996) | Transfer of signals in both directions during the same time | Abstract, 1:9-12, 1:55 – 2:2, 3:25-44, Amendment of April 11, 1994, pp. 6-13, Amendment of October 7, 1996, pp. 14-22. |
| Apple | 4 | providing[, during the first clock cycle | Plain & Ordinary Meaning | Claim 4 Abstract Figs. 5-6 | Not disclosed. The limitation is therefore indefinite. | 5:36 – 8:47. |

3

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | following transmission of the communication initiation signal,] a portion of the updated register information from the status register | providing, during the first clock cycle following transmission of the communication initiation signal, a bit of the updated register information from the status register | 1:47-2:2<br>4:26-64<br>5:1-27<br>Prosecution History, Amendment and Remarks (Apr. 11, 1994)<br>Prosecution History, Amendment and Remarks (Aug. 22, 1994)<br>Prosecution History, Amendment and Remarks (Oct. 7, 1996)<br>Prosecution History, Notice of Allowability (June 8, 1997) | | |
| Apple | 10 | automatically providing a portion of the status information contained in the status register | Plain & Ordinary Meaning | Claims 1, 4, 10, 13, and 17<br>Abstract<br>Fig. 5-6<br>1:47-2:2<br>4:26-64<br>5:1-27<br>Prosecution History, Amendment and Remarks (Apr. 11, 1994)<br>Prosecution History, Amendment and Remarks (Aug. 22, 1994)<br>Prosecution History, Amendment and Remarks (Oct. 7, 1996)<br>Prosecution History, Notice of Allowability (June 8, 1997) | Not disclosed.  The limitation is therefore indefinite. | 5:36 – 8:47. |

4

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC and Apple | 13 | means for receiving information signals from sources | Function: receiving information signals from sources<br><br>Structure: support circuitry, controller, and equivalents | Claim 13<br>Abstract<br>Figs. 2, 4-5<br>1:29-32<br>1:58-61<br>2:50-54<br>2:64-68<br>3:16-20<br>4:3-28<br>5:22-31<br>Prosecution History, Amendment and Remarks (Aug. 22, 1994) | Subject to § 112, ¶ 6.<br><br>Function: receiving information signals from sources<br><br>Structure: the controller 422, status register 421, interrupt source lines (from at least one of clock recovery determination 408, bit synchronizer 410, modulo timers 406, battery 404, controls 418), as shown and interconnected in Fig. 4, which implement at least blocks 201 and 202 of the flowchart of Fig. 5; and which operate as described at 3:36 to 4:32. | 1:55 -2:2, 3:36 – 4:32, 5:36 – 8:47, Figs. 4-5. |
| HTC and Apple | 13 | means for updating the information stored in the status register in response to information signals | Function: updating the information stored in the status register in response to information signals<br><br>Structure: support circuitry, controller, and equivalents | Claim 13<br>Abstract<br>Figs. 2, 4, 5<br>1:58-61<br>2:64-67<br>4:21-28<br>4:46-48 | Subject to § 112, ¶ 6<br><br>Function: updating the information stored in the status register in response to the information signals<br><br>Structure: the controller 422, status register 421, interrupt source lines | 1:55 -2:2, 3:36 – 4:28, 5:36 – 8:47, Figs. 4-5. |

01:12730101.1

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | (from at least two of clock recovery determination 408, bit synchronizer 410, modulo timers 406, battery 404, controls 418), as shown and interconnected in Fig. 4, which implement at least blocks 201 and 202 of the flowchart of Fig. 5, and which operate as described at 3:36 to 4:28. | |
| HTC and Apple | 13 | means for automatically providing the updated information to the master device over the SPI in response to the communication initiation signal without first receiving an address of the status register from the master device | Function: automatically providing the updated information to the master device over the SPI in response to the communication initiation signal without first receiving an address of the status register from the master device<br><br>Structure: support circuitry, controller, serial peripheral interface (SPI), and equivalents | Claim 13<br>Abstract<br>Figs. 4-6<br>1:47-2:2<br>4:11-64<br>5:1-27<br>Prosecution History, Amendment and Remarks (Apr. 11, 1994)<br>Prosecution History, Amendment and Remarks (Aug. 22, 1994)<br>Prosecution History, Amendment and Remarks (Oct. 7, 1996)<br>Prosecution History, Notice of Allowability (June 8, 1997) | Subject to § 112, ¶ 6.<br><br>Function: automatically providing updated information to the master device over the SPI in response to the communication initiation signal without first receiving an address of the status register from the master device<br><br>Structure: the controller 422, status register 421, interrupt source lines (from at least two of clock recovery | 1:55 -2:2, 3:36 – 4:50, 5:36 – 8:47, Figs. 4-6. |

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | determination 408, bit synchronizer 410, modulo timers 406, battery 404, controls 418), as shown and interconnected in Fig. 4, which implement the flowchart of Fig. 5 and the timing requirements of Fig. 6; and which operate as described at 3:36 to 4:50. | |
| HTC and Apple | 15 | means for transmitting, over the SPI and at substantially the same time as the slave device provides the updated information over the SPI, meaningless information that does not address the status register and to which the slave device does not respond | Function: transmitting over the SPI meaningless information that does not address the status register

Structure: microprocessor, serial peripheral interface (SPI), and equivalents | Claim 15 Abstract Figs. 1-6 1:9-13 1:33-35 1:47-2:2 2:29-43 2:57-3:45 4:26-64 5:1-27 Prosecution History, IDS (May 18, 1992), Motorola Publication ADI 991R2, 8-Bit Microcomputers (1985) Prosecution History, Amendment and Remarks (Apr. 11, 1994) Prosecution History, Amendment and Remarks (Aug. 22, 1994) Prosecution History, | Subject to § 112, ¶ 6. Function: transmitting, over the SPI and at substantially the same time as the slave device provides the updated information over the SPI, meaningless information that does not address the status register and to which the slave device does not respond

Structure: the controller 422, status register 421, interconnecting lines (from controller 422, support circuitry 421 and controls 418 to microprocessor 403), as shown and | 1:55 -2:2, 3:36 – 4:50, 5:36 – 8:47, Figs. 4-6. |

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | Amendment and Remarks (Oct. 7, 1996) Prosecution History, Notice of Allowability (June 8, 1997) | interconnected in Fig. 4, which implement at least blocks 204, 501, 502 of the flowchart of Fig. 5 and the timing requirements of Fig. 6; and which operate as described at 3:36 to 4:50. | |
| Apple | 5, 15 | substantially coincident with transmission of the portion of the updated register information [by the slave device] / substantially the same time [as the slave device provides the updated information over the SPI] | Plain & Ordinary Meaning during the period of time that the slave device transmits a bit of the updated register information / during the period of time that the slave device provides the updated information over the SPI | Claims 5 and 15 Abstract Fig. 1-6 1:9-13 1:47-2:2 2:57-3:41 4:33-51 5:1-27 Prosecution History, Amendment and Remarks (Apr. 11, 1994) Prosecution History, IDS (May 18, 1992), Motorola Publication ADI 991R2, 8-Bit Microcomputers (1985) Prosecution History, Amendment and Remarks (Oct. 7, 1996) | Not disclosed.  The limitation is therefore indefinite. | 1:46-54, 5:36 – 8:47. |
| Apple | All asserted | Claim preambles[1] | | | The claim preambles are limiting. | Abstract, 1:9-12, 1:55 – 2:2, 2:26-46, 3:25- |

---

[1] HTC objects to construing terms that have not been specifically identified by the parties.  The parties previously agreed that, "[t]o the extent any term in a preamble requires construction, [the parties] listed such term separately."  *See* October 12, 2012 Email from C. Corbett.

8

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | claims. | | | | | 44, 3:63 – 4:6, 5:36 – 8:47, Fig. 1, 4, Office Action of January 18, 1994, pp. 2-11 (referring to Original Specification at p. 6, lines 26-31), Amendment of April 11, 1994, pp. 6-13, Office Action of December 21, 1995 (reissued July 23, 1996), pp. 2-9, Amendment of October 7, 1996, pp. 14-22 (and accompanying proposed drawing change for Fig. 4). |

01:12730101.1

## II.   Patent No. 5,630,159 ("the '159 patent")

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| Apple | 1-3, 18-20, 23-24, 32-35 | donor device | A device that provides preferences | Claims 1-3, 18-20, 23-24, and 32-35<br>Figs. 1-8, 10-18<br>Abstract<br>2:37-45<br>2:49-51<br>2:58-65<br>3:6-13<br>3:27-30<br>3:34-36<br>3:47-52<br>4:32-36<br>5:6-43<br>6:29-38<br>9:22-27<br>10:42-44<br>11:1-16<br>12:30-35 | A device that provides preferences in response to a preference selection vector and, if the device can provide preferences for more than one user, information identifying a user. | Abstract, 2:15-17, 2:21-25, 2:58-65, 3:38-40, 3:52-58, 4:20-23, 5:61-66, 6:39-8:27, 9:22-10:5, 10:24-11:15, 12:63-16:60, Figs. 1-8, 11-12, 14-15. |
| Apple | 1, 18, 19 | new preferences[2] | Plain & Ordinary Meaning<br><br>settings for initializing or updating attributes | Claims 1, 18, and 19<br>Figs. 14-16, 18<br>1:49-59<br>2:46-48<br>4:16-20<br>10:6-15<br>12:4-10<br>12:36-43 | Plain and Ordinary Meaning | 1:42-59, 2:20-23, 2:46-48, 4:14-20, 5:61-6:15, 8:47-52, 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 14-17. |
| Apple | 1, 18, 19 | when new preferences need to be set-up | Plain & Ordinary Meaning | Claims 1, 18, and 19<br>Figs. 14-18<br>1:49-59 | When determining preferences for the first time | 1:42-59, 2:20-23, 2:46-48, 4:14-20, 5:61-6:15, 8:47-52, |

---

[2] Apple no longer proposes construing this term.  The parties dispute the plain and ordinary meaning of the term "new preferences" and, therefore, HTC maintains that this term must be construed.

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | when settings for attributes need to be initialized or updated | 2:46-48 4:16-20 10:6:15 11:28-41 12:4-20 12:36-43 | | 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 14-17. |
| Apple | 1, 18 | said controller determines the donor device is available when the new preferences need to be set-up | Plain & Ordinary Meaning  when the 'new preferences need to be set up', then the controller determines the 'donor device' is available *See* constructions for 'new preferences need to be set up' and 'donor device' | Claims 1 and 18 Abstract Fig. 7-8, 14-18 1:49-59 2:35-48 3:13-24 3:37-40 3:52-57 3:65-4:2 4:16-23 4:32-40 4:64-5:5 9:24-27 9:49-52 10:4-48 10:58-61 11:28-41 12:4-20 12:23-43 | Said controller determines that new preferences need to be set-up, then determines the donor device is available | 1:42-59, 2:20-23, 2:46-48, 3:52-58, 4:14-20, 9:21-55, 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 12, 14-17. |
| Apple | 1, 18, 19 | said controller determines if a donor device is available when new preferences need to be set-up  / | Plain & Ordinary Meaning  when the 'new preferences need to be set up', then the controller determines if the 'donor device' is available | Claims 1, 18, and 19 Abstract Figs. 7-8, 14-18 1:49-59 2:35-48 3:13-24 3:37-40 3:52-57 3:65-4:2 | Said controller determines that new preferences need to be set-up, then determines if a donor device is available.  / | 1:42-59, 2:20-23, 2:46-48, 3:52-58, 4:14-20, 9:21-55, 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 12, 14-17. |

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | determining if a donor device is available when new preferences need to be set-up | / <br><br> when the 'new preferences need to be set up', then determining if the 'donor device' is available <br><br> *See* constructions for 'new preferences need to be set up' and 'donor device' | 4:16-23 <br> 4:32-40 <br> 4:64-5:5 <br> 9:24-27 <br> 9:49-52 <br> 10:4-48 <br> 10:58-61 <br> 11:28-41 <br> 12:4-20 <br> 12:36-43 | Determining that new preferences need to be set-up, then determining if a donor device is available | |
| Apple | 1, 18 | said controller connects to the donor device when said controller determines the donor device is available when the new preferences need to be set up | Plain & Ordinary Meaning <br><br> when the 'new preferences need to be set up', then the controller determines the 'donor device' is available, then the controller connects to the 'donor device' <br><br> *See* constructions for 'new preferences need to be set up' and 'donor device' | Claims 1 and 18 <br> Figs. 7, 14, 17 <br> 3:38-41 <br> 4:54-59 <br> 5:1-43 <br> 10:42-46 <br> 12:22-35 | Said controller determines that new preferences need to be set up, then determines that the donor device is available, then connects to the donor device. | 1:42-59, 2:20-23, 2:46-48, 3:52-58, 4:14-20, 9:21-55, 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 12, 14-17. |
| Apple | 19 | temporarily assign preferences | Plain & Ordinary Meaning <br><br> set preferences until | Claims 19, and 21-22 <br> Fig. 14-15 <br> 4:5-13 <br> 8:10-32 | Indefinite. | 3:41-13, 8:28-52, 10:6-11:15, 11:49-12:3, 12:63-16:60, Figs. 6, 14-16. |

12

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | changed by user or 'donor device' | | | |
| Apple | 20 | providing to the donor device information for access of the donor device for a particular user when the donor device is available | Plain & Ordinary Meaning<br><br>*See* construction for 'donor device' | Claim 20<br>Figs. 7-8, 11-12, 14, 17<br>Abstract<br>2:35-45<br>3:13-24<br>3:37-40<br>3:52-57<br>3:65-4:2<br>4:16-23<br>4:32-40<br>4:64-5:5<br>7:60-8:9<br>9:21-55<br>10:16-24<br>10:40-48<br>10:58-61<br>11:7-9<br>12:23-35 | The donor device must be available at some time, and when it is, providing to the donor device information for access of the donor device for a particular user. | 1:42-59, 2:20-23, 2:46-48, 3:52-58, 4:14-20, 9:21-55, 10:6-11:26, 12:4-53, 12:63-16:60, Figs. 12, 14-17. |
| Apple | 19 | accessing the donor device | Plain & Ordinary Meaning<br><br>*See* construction for 'donor device' | Claims 19 and 20<br>Fig. 11-12, 14-16<br>Abstract<br>2:42-45<br>3:34-41<br>3:52-58<br>4:54-5:5<br>5:67-6:3<br>9:24-27<br>10:6-31 | Sending to the donor device a preference selection vector and, if the donor device can provide the preferences for more than one user, information identifying a user | Abstract, 2:15-17, 2:21-25, 2:58-65, 3:38-40, 3:52-58, 4:20-23, 5:61-66, 6:39-8:27, 9:22-10:5, 10:24-11:15, 12:63-16:60, Figs. 1-8, 11-12, 14-15. |
| Apple | 19 | accessing the donor device when the donor device is | Plain & Ordinary Meaning<br><br>*See* construction for | Claims 19 and 20<br>Fig. 11-12, 14-16<br>Abstract<br>2:42-45 | The donor device must be available at some time, and when it is, accessing the donor | 1:42-59, 2:20-23, 2:46-48, 3:52-58, 4:14-20, 9:21-55, 10:6-11:26, 12:4-53, |

13

01:12730101.1

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | available | 'donor device' | 3:34-41<br>3:52-58<br>4:54-5:5<br>5:67-6:3<br>9:24-27<br>10:6-31 | device. | 12:63-16:60, Figs. 1-8, 12, 14-17. |
| HTC | 18, 35 | attached donor device | application device that can act as both an application device and a 'donor device' at the same time<br><br>*See* construction for 'donor device' | Claims 18 and 35<br>3:49-64 | A device that acts as both an application device and a donor device at the same time. | 3:31-4:13, 12:63-16:60, Fig. 6. |
| HTC | 1, 18 | a port for coupling | an interface for wired or wireless communication | Claims 1, 6, 7, 15, 16, and 18<br>Figs. 7-8, 14, and 17<br>2:60-65<br>3:31-41<br>4:32-5:47<br>5:63-6:3<br>10:42-46<br>12:22-35 | A port for communicating with physically co-located devices. | 3:31-4:13, 5:6-6:15, 12:63-16:60, Figs. 1-8. |
| Apple | 1, 18 | obtain … preferences from the donor device / obtain and store preferences from the donor device[3] | Plain & Ordinary Meaning<br><br>receive and store preferences from the 'donor device' | Claims 1 and 18<br>Abstract<br>5:67-6:2<br>6:25-28<br>12:22-35<br>12:63-13:11<br>15:11-25 | Receiving preferences by sending to the donor device a preference selection vector and, if the donor device can provide preferences for more than one user, | Abstract, 2:15-17, 2:21-25, 2:58-65, 3:38-40, 3:52-58, 4:20-23, 5:61-66, 6:39-8:27, 9:22-10:5, 10:24-11:15, 12:63-16:60, Figs. 11-12, 14- |

---

[3] Apple no longer proposes construing "obtain and store preferences from the donor device" and proposes construing only "obtain … preferences from the donor device." HTC disagrees with this approach. HTC believes that the full term ("obtain and store preferences from the donor device") is necessary and must be construed to provide the appropriate context.

14

| Proposed by | Claims | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | *See* construction for 'donor device' | | information identifying a user / Receiving and storing preferences by sending to the donor device a preference selection vector and, if the donor device can provide preferences for more than one user, information identifying a user. | 15. |
| Apple | All asserted claims. | Claim preambles.[4] | | | The claim preambles are limiting. | 1:9-12, 2:15-27, 9:22-12:10, 12:63-16:60, Figs. 12-18. |

---

[4] *See* footnote 1.

01:12730101.1

**III.    Patent No. 5,418,524 ("the '524 patent")**

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC and Apple | 1-5 | selective call receiver | device that receives radio frequency (RF) signals | Claims 1-5<br>Abstract<br>Figs. 1, 4<br>1:19-40<br>1:52-54<br>1:65-68<br>2:3-11<br>2:55-64<br>5:3-26<br>5:58-62<br>Prosecution History, Amendment and Remarks (Dec. 23, 1994)<br>Prosecution History, Office Action (June 23, 1994)<br>Prosecution History, Notice of Allowability (Feb. 14, 1995) | A radio modem. | Abstract, 1:14-21, 2:1-35, 3:5-11, 5:3- 41, 5:54-64, 5:66-8:10. |
| Apple | 1-2, 5 | upgrade installation software | Plain & Ordinary Meaning | Claims 1-2, and 5<br>Abstract<br>Fig. 4<br>1:42-68<br>2:1-35<br>5:3-64<br>Prosecution History, Amendment and Remarks (Dec. 23, 1994)<br>Prosecution History, Notice of Allowability (Feb. 14, 1995) | Uncompiled source code for upgrading application software. | Abstract, 2:1-35, 5:27-65, 5:66-8:10, Fig. 4; Applicant Amendment dated December 23, 1994, pp. 3-8. |

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| Apple | 3-4 | upgrade installation information | Plain & Ordinary Meaning | Claims 3-4 Abstract Fig. 4 1:42-68 2:1-35 5:3-64 Prosecution History, Amendment and Remarks (Dec. 23, 1994) Prosecution History, Notice of Allowability (Feb. 14, 1995) | Uncompiled source code for upgrading application software. | Abstract, 2:1-35, 5:27-65, 5:66-8:10, Fig. 4; Applicant Amendment dated December 23, 1994, pp. 3-8. |
| Apple | 1, 5 | data interface | Plain & Ordinary Meaning | Claims 1 and 5 Fig. 1 2:3-35 3:12-14 3:47-56 Prosecution History, Amendment and Remarks (Dec. 23, 1994) | A PCMCIA data interface. | 3:12-31, 3:56-68, 5:66-8:10, Figs. 1-3, Applicant Amendment dated December 23, 1994, pp. 3-8. |
| Apple | 1-5 | coupled to | Plain & Ordinary Meaning connected to | Claims 1-5 Figs. 1, 3 1:23-31 2:16-22 2:25-28 2:55-3:2 3:12-21 3:30-31 3:63-68 5:44-62 | Directly connected to. | 2:1-35, 2:55-3:2, 3:12-31, 3:57-68, 5:42-65, 5:66-8:10, Figs. 1-3. |
| Apple | 3-4 | compiling the upgrade | Plain & Ordinary Meaning | Claims 3-4 Fig. 4 | Translating the upgrade installation information | Abstract, 2:1-35, 5:27-65, 5:66-8:10, Fig. 4; |

17

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | installation information | converting the upgrade installation information to executable form | Abstract 2:16-22 5:30-36 5:45-53 | from uncompiled source code into an executable form. | Applicant Amendment dated December 23, 1994, pp. 3-8. |
| Apple | 1, 2, 5 | in response to the upgrade data / upgrading the application software . . . in response to the upgrade data[5] | upgrading the application software . . . utilizing the upgrade data | Claims 1, 2, and 5 Abstract Fig. 4 2:16-22 5:27-53 | Caused by the upgrade data / Upgrading the application software caused by the upgrade data. | Abstract, 2:23-35, 3:47-56, 4:48-60, 5:66-8:10, Fig. 4; Applicant Amendment dated December 23, 1994, pp. 3-8. |
| Apple | 3 | second memory means coupled to the receiving means for storing the information | Plain & Ordinary Meaning<br><br>Not 112, p. 6<br><br>*See* construction for 'receiving means' | Claim 3 Fig. 1 2:6-12 2:64-67 4:52-60 5:19-50 | Subject to § 112, ¶ 6.<br><br>Function: storing the information<br><br>Structure: Not sufficiently disclosed.<br><br>The limitation is therefore indefinite. | 2:1-35, 2:55-3:2, 3:12-46, 3:57-68, 5:14-65, 5:66-8:10, Figs. 1-3. |
| Apple | 4 | memory means coupled to the receiving means for storing the upgrade information | Plain & Ordinary Meaning<br><br>Not 112, p. 6<br><br>*See* construction for 'receiving means' | Claim 4 Fig. 1 2:6-12 2:64-67 4:52-60 5:19-50 | Subject to § 112, ¶ 6.<br><br>Function: storing the upgrade information<br><br>Structure: None disclosed.<br><br>The limitation is | 2:1-35, 2:55-3:2, 3:12-46, 3:57-68, 5:14-65, 5:66-8:10, Fig. 1. |

---

[5] Apple no longer proposes construing "upgrading the application software … in response to the upgrade data," and proposes construing only "in response to the upgrade data."  HTC disagrees with this approach.  HTC believes that the full term ("upgrading the application software . . . in response to the upgrade data") is necessary and must be construed to provide the appropriate context.

01:12730101.1

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | therefore indefinite. | |
| HTC and Apple | 3-4 | control means coupled to the first and the second memory means for compiling the upgrade installation information and for executing the compiled upgrade installation information in accordance with the upgrade data to upgrade the application software

/

control means coupled to a first and a second memory means for compiling the upgrade installation information and for executing the compiled upgrade installation information in | Function: compiling the upgrade installation information and executing the compiled upgrade installation information in accordance with the upgrade data to upgrade the application software

Structure: microprocessor, and equivalents | Claims 3-4 Abstract Figs. 1, 4 Abstract 2:16-22 5:30-36 | Subject to § 112, ¶ 6.

Function: compiling the upgrade installation information and executing the compiled upgrade installation information in accordance with the upgrade data to upgrade the application software

Structure: microprocessor 108 as described by 3:47-56. / Subject to § 112, ¶ 6.

Function: compiling the upgrade installation information and executing the compiled upgrade installation information in accordance with the upgrade data to upgrade the application software

Structure: microprocessor 108 as described by 3:47-56. | Abstract, 2:1-35, 2:55-3:2, 3:12-31, 5:27-65, 5:66-8:10, Figs. 1, 4; Applicant Amendment dated December 23, 1994, pp. 3-8. |

19

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | accordance with the upgrade data to upgrade the application software | | | | |
| HTC and Apple | 3-4 | receiving means for receiving and decoding the selective call radio signals to recover the information transmitted therein  /  receiving means for receiving and decoding the selective call radio signals to recover the upgrade information transmitted therein | Function: receiving and decoding the selective call radio signals to recover the information transmitted therein  Structure: receiver and decoder, and equivalents | Claims 3-4 Abstract Figs. 1, 4 1:19-40 1:52-54 1:65-68 2:3-11 2:55-64 5:3-26 5:58-62 Prosecution History, Amendment and Remarks (Dec. 23, 1994) Prosecution History, Office Action (June 23, 1994) Prosecution History, Notice of Allowability (Feb. 14, 1995) | Subject to § 112, ¶ 6.  Function: receiving and decoding the selective call radio signals to recover the information transmitted therein / receiving and decoding the selective call radio signals to recover the upgrade information transmitted therein  Structure: Receiver 104 and decoder 106 as described by 2:58-61. | 1:20-34, 2:55-3:2, 5:14-26, 5:66-8:10, Fig. 1. |
| HTC and Apple | 4 | data interface means for coupling with an external computer means to transmit | Plain & Ordinary Meaning  Not 112, p. 6. | Claim 4 Figs. 1-3 Abstract 1:19-31 2:12-15 2:25-28 | Subject to § 112, ¶ 6.  Function: coupling with an external computer means to transmit information | 3:12-31, 3:56-68, 5:66-8:10, Figs. 1-3, Applicant Amendment dated December 23, 1994, pp. 3-8. |

20

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | information thereto | | 3:12-31<br>3:57-68<br>5:42-53<br>Prosecution History, Amendment and Remarks (Dec. 23, 1994) | thereto<br><br>Structure: a PCMCIA data interface | |
| HTC and Apple | 5 | means coupled to the data interface for establishing communication between the selective call receiver and the external computer | Function: establishing communication between the 'selective call receiver' and the external computer<br><br>Structure: bus, and equivalents | Claim 5<br>Figs. 1-2<br>3:30-31<br>3:63-68 | Subject to § 112, ¶ 6.<br><br>Function: establishing communication between the selective call receiver and the external computer<br><br>Structure: a PCMCIA bus | 3:12-31, 3:56-68, 5:66-8:10, Figs. 1-3; Applicant Amendment dated December 23, 1994, pp. 3-8. |
| HTC and Apple | 5 | means for receiving upgrade information comprising upgrade installation software and upgrade data for re-programming the external computer | Function: receiving upgrade information comprising upgrade installation software and upgrade data for re-programming the external computer<br><br>Structure:<br> receiver, and equivalents | Claim 5<br>Abstract<br>Figs. 1, 4<br>1:19-40<br>1:52-54<br>1:65-68<br>2:3-11<br>2:28-35<br>2:55-64<br>5:3-26<br>5:58-62<br>Prosecution History, Amendment and Remarks (Dec. 23, 1994)<br>Prosecution History, Notice of Allowability | Subject to § 112, ¶ 6.<br><br>Function: receiving upgrade information comprising upgrade installation software and upgrade data for re-programming the external computer<br><br>Structure: receiver 104 as described by 2:58-60. | 1:20-34, 2:55-3:2, 5:14-26, 5:66-8:10, Fig. 1. |

21

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | (Feb. 14, 1995) | | |
| HTC and Apple | 5 | means for loading the upgrade installation software into the processor | Function: loading the upgrade installation software into the processor<br><br>Structure: memory and microprocessor, and equivalents | Claim 5<br>Fig. 1<br>2:28-35<br>2:62-67<br>5:30-32 | Subject to § 112, ¶ 6.<br><br>Function: loading the upgrade installation software into the processor<br><br>Structure: None disclosed.<br><br>The limitation is therefore indefinite. | 1:48-65, 2:23-35, 3:32-45, 5:66-8:10, Figs. 1, 4. |
| HTC and Apple | 5 | means for upgrading the application software stored in a memory resident in the external computer in accordance with the upgrade installation software and in response to the upgrade data | Function: upgrading the application software stored in a memory resident in the external computer in accordance with the upgrade installation software and 'in response to the upgrade data'<br><br>Structure: microprocessor, data interface, bus, memory, and equivalents<br><br>*See* construction for '[upgrading the application software . . .] in response to the upgrade data' | Claim 5<br>Figs. 1, 4<br>2:28-35<br>5:27-36<br>5:45-53<br>Prosecution History, Amendment and Remarks (Dec. 23, 1994)<br>Prosecution History, Notice of Allowability (Feb. 14, 1995) | Subject to § 112, ¶ 6.<br><br>Function: upgrading the application software stored in a memory resident in the external computer in accordance with the upgrade installation software and in response to the upgrade data<br><br>Structure: None disclosed.<br><br>The limitation is therefore indefinite. | 2:1-22, 3:12-4:23, 5:42-64, 5:66-8:10, Figs. 3, 4. |

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC and Apple | 5 | means for deleting the upgrade installation software and the upgrade data | Function: deleting the upgrade installation software and the upgrade data<br><br>Structure: microprocessor, memory, and equivalents | Claim 5<br>Fig. 4<br>2:28-35<br>5:36-41<br>Prosecution History, Notice of Allowability (Feb. 14, 1995) | Subject to § 112, ¶ 6.<br><br>Function: deleting the upgrade installation software and the upgrade data<br><br>Structure: None disclosed. The limitation is therefore indefinite. | 2:23-35, 5:36-41, 5:66-8:10. |
| Apple | All asserted claims. | Claim preambles.[6] | | | The claim preambles are limiting. | 2:1-35, 5:54-64, 5:66-8:10, Figs. 1-4; Applicant Amendment dated December 23, 1994, pp. 3-8. |

---

[6] *See* footnote 1.

01:12730101.1

**IV.    Patent No. 5,302,947 ("the '947 patent")**

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC and Apple | 1, 3, 12-18 | selective call receiver | device that receives radio frequency (RF) signals | Claims 1, 3, and 12-18<br>Figs. 1-3<br>Abstract<br>1:7-10<br>1:13-25<br>1:28-34<br>2:18-22<br>2:63-3:4<br>3:13-19<br>5:38-46<br>Prosecution History, Office Action (Sept. 14, 1993) | A radio modem. | Abstract, 1:13-21, 1:66 – 2:41, 3:12-19, 6:6 – 10:9. |
| Apple | 1, 3, 5, 12 | coupling | Plain & Ordinary Meaning<br><br>connecting | Claims 1, 3, 5, 12<br>Abstract<br>Figs. 1, 3-4<br>1:21-25<br>1:66-2:9<br>2:18-25<br>2:32-42<br>2:66-3:10<br>3:20-27<br>4:1-18<br>5:67-6:4 | directly connecting | 1:17-25, 1:66 – 2:41, 4:1-22, 5:57 – 6:4, 6:6 – 10:9, Figs.1-4. |
| Apple | 1-5, 7-8, 11-12, 14-15, 18 | in response to | Plain & Ordinary Meaning | Claims 1-5, 7-8, 11-12, 14-15, and 18<br>Abstract<br>1:46-52<br>3:53-57<br>4:18-22<br>5:34-46<br>5:67-6:4 | Caused by. | Abstract, 1:46-52, 1:66 – 2:18, 2:31-41, 3:53-62, 3:63 – 4:7, 5:34-46, 5:57 – 6:4, 6:6 – 10:9. |

24

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| HTC and Apple | 5-11 | selective call receiver means for receiving and decoding selective call radio signals comprising information | device that receives radio frequency (RF) signals<br><br>Not 112, p. 6. | Claims 5-11<br>Fig. 1-3<br>Abstract<br>1:7-10<br>1:13-15<br>1:28-34<br>2:18-22<br>2:63-3:4<br>3:13-19<br>5:38-46<br>Prosecution History, Office Action (Sept. 14, 1993) | Subject to § 112, ¶ 6.<br><br>Function: receiving and decoding selective call radio signals comprising information<br><br>Structure: a radio modem<br><br>In the event this term is determined not to be subject to § 112, ¶ 6, the meaning of the term is "a radio modem". | Abstract, 1:13-21, 1:66 – 2:41, 3:12-19, 6:6-10:9. |
| HTC | 5 | data interface means for coupling with an external computer means for transmitting information to the external computer means | Plain & Ordinary Meaning<br><br>Not 112, p. 6. | Claims 5 and 9<br>Figs. 1 and 4<br>Abstract<br>1:7-10<br>1:21-25<br>1:66-2:3<br>2:18-37<br>3:20-37<br>3:53-57<br>4:1-6<br>4:32-45 | Subject to § 112, ¶ 6.<br><br>Function: coupling with an external computer means for transmitting information to the external computer means<br><br>Structure: a PCMCIA data interface. | Abstract, 3:20-37, 3:63 – 4:6, 6:6 – 10:9, Figs. 1-3, Applicant Amendment dated December 23, 1994, pp. 3-8 in related U.S. Pat. 5,148,524 (*see id.* at col. 1:6-11). |
| Apple | 5 | memory means coupled to the data interface means for allowing access to the memory means by the external | Plain & Ordinary Meaning<br><br>Not 112, p. 6 | Claims 5 and 12<br>Figs. 1 and 4<br>Abstract<br>2:23-32<br>3:20-27<br>3:38-44<br>4:1-6<br>4:32-45 | Subject to § 112, ¶ 6.<br><br>Function: allowing access to the memory means by the external computer means<br><br>Structure: None | 2:18-41, 6:6-10:9, Figs. 1, 4. |

25

01:12730101.1

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | computer means | | | disclosed.<br><br>The limitation is therefore indefinite. | |
| Apple | 12 | a memory coupled to the data interface for allowing access to the memory by the external computer | Plain & Ordinary Meaning | Claims 5 and 12<br>Figs. 1 and 4<br>Abstract<br>2:23-32<br>3:20-27<br>3:38-44<br>4:32-45 | See above, but Apple did not provide a construction.<br><br>None disclosed.  The limitation is therefore indefinite. | |
| HTC and Apple | 5 | computer recognition means coupled to the data interface means for recognizing one of a plurality of specific types of external computer in response to signals provided to the data interface means by the external computer | Function: recognizing one of a plurality of specific types of external computer in response to signals provided to the data interface means by the external computer<br><br>Structure: computer recognition element, microprocessor, memory, identifier, steps 404, 406, 408, and equivalents | Claim 5<br>Fig. 1 and Fig. 4<br>Abstract<br>2:32-37<br>3:38-42<br>3:53-62<br>4:14-39 | Subject to § 112, ¶ 6.<br><br>Function: recognizing one of a plurality of specific types of external computer in response to signals provided to the data interface means by the external computer.<br><br>Structure: microprocessor 108 and block 109 directly connected to the PCMCIA interface for executing a program which performs the functional operations set forth in Fig. 4, and explained at 4:7-26. | Abstract, 2:18-41, 3:53-62, 4:7-26, 6:6-10:9, Figs. 1, 4. |
| HTC and Apple | 5 | driver selection means coupled to | Function: selecting one of the | Claim 5<br>Figs. 1 and 4 | Subject to § 112, ¶ 6. | Abstract, 2:18-41, 3:53-62, 4:7-45, 6:6- |

01:12730101.1

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | the computer recognition means for selecting one of the plurality of executable software driver programs compatible with a recognized one of the plurality of specific types of external computer | plurality of executable software driver programs compatible with a recognized one of the plurality of specific types of external computer<br><br>Structure: driver selection element, microprocessor, memory, identifier, steps 406, 408, and equivalents | Abstract<br>2:37-42<br>3:38-42<br>3:53-62<br>4:14-39 | Function: selecting one of the plurality of executable software driver programs compatible with a recognized one of the plurality of specific types of external computer<br><br>Structure: microprocessor 108 and block 111 executing a program which performs the functional operations set forth in Fig. 4, and explained at 4:7-45. | 10:9, Figs. 1, 4. |
| Apple | 6, 11, 13, 18 | single, invariant, high-level application programming interface compatible with all the specific types of external computer that have a corresponding software driver program in the plurality of software driver programs | Plain & Ordinary Meaning<br><br>a consistent interface between high-level and low-level software, compatible with all the specific types of external computer that have a corresponding software driver program in the plurality of software driver programs | Claims 6, 11, 13, and 18<br>1:38-61<br>4:58-5:9<br>5:15-28 | Not disclosed. The limitation is therefore indefinite. | 1:38-42, 3:38-51, 5:10-33, 5:47-56, 6:6 – 10:9. |

27

| Proposed by | Claim | Claim term | HTC's Proposed Construction | HTC's Exemplary Intrinsic Evidence | Apple's Proposed Construction | Apple's Exemplary Intrinsic Evidence |
|---|---|---|---|---|---|---|
| Apple | All asserted claims. | Claim preambles.[7] | | | The claim preambles are limiting. | 1:66 – 2:41, 5:57 – 6:4. |

---

[7] *See* footnote 1.

01:12730101.1