**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HTC CORPORATION,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　Defendant/Counterclaim-Plaintiff. | C.A. No. 11-785-GMS |

**STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counterclaim Defendant HTC Corporation ("HTC") and Defendant/Counterclaim Plaintiff Apple Inc. ("Apple") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and HTC in the above captioned matter is hereby dismissed WITH PREJUDICE solely with respect to HTC and WITHOUT PREJUDICE with respect to Apple and to any other person or entity, and that each party shall bear its own costs, expenses and attorneys' fees.

DATED: November 14, 2012

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Mary B. Matterer* |
| Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br><br>*Attorneys for Plaintiff/Counterclaim Defendant, HTC Corporation* | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendant/Counterclaim-Plaintiff, Apple Inc.* |